```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
DONALD A. LANGREICH, ET AL.,          :

                Plaintiffs,           :         ORDER

            -against-                 :    06 Civ. 4931 (BSJ)(MHD)

JERRY GRUENBAUM, ET AL.,              :

                Defendants.           :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

12/21/09

A conference having been held with counsel for the respective parties today, it is hereby **ORDERED** as follows:

1. All discovery is to be completed by **MARCH 31, 2010.**

2. The parties are to submit a joint pre-trial order by **APRIL 28, 2010**, unless a potentially dispositive motion has been served by that date.

3. The discovery schedule will be stayed until **DECEMBER 23, 2009**. The parties may contact chambers to schedule a time to sign a stipulation of settlement at 500 Pearl Street, Courtroom 17 D, New York, New York 10007 prior to that date.

Dated: New York, New York
       December 18, 2009

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

James E. Pratt, Esq.
195 Kildare Road
Garden City, NY 11530

Boris Sorin, Esq.
Sylvor & Richman, LLP
605 Third Avenue
New York, NY 10158