```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
DONALD A. LANGREICH and,            :
C. ALBERT BURKE                     :
                                    :   06 CV 4931 (BSJ)
                Plaintiffs,         :
                                    :   ORDER
        v.                          :
                                    :
JERRY GRUENBAUM, et al.             :
                                    :
                Defendants.         :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

After having reviewed Magistrate Judge Dollinger's Report and Recommendation dated January 25, 2011, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See King v. Greiner, No. 02 Civ. 5810 (DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009) (citation omitted); see also Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). Accordingly, defendants' motion to enforce a settlement (docket number 27) is denied.

The parties' failure to file written objections precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008).

The Clerk of the Court is directed to close the case.

**SO ORDERED:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         February 11, 2011